UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

VICTOR TAGLE,

          Petitioner,

v.

UNITED STATES OF AMERICA,

          Respondent.

Case No. 2:16-cv-00045-RCJ-VCF

ORDER

Petitioner Victor Tagle has submitted a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2254 (ECF No. 1-1). The application to proceed *in forma pauperis* (ECF No. 1) shall be granted. The petition is on the court's form for a § 2255 motion to vacate a federal sentence; however, petitioner indicates that he seeks to challenge his state judgment of conviction in case no. C11276096-1 (ECF No. 1-1, p. 1). Tagle indicates on the face of his submission that he has filed another federal habeas action challenging this same judgment of conviction. *Id.* at 4; *see* Case No. 2:15-cv-00214-GMN-PAL. Accordingly, this is duplicative of a pending federal habeas action and a successive petition and shall be dismissed with prejudice. 28 U.S.C. § 2244(3)(A). The court notes also that petitioner has failed to name a proper defendant and that his purported grounds—for example, his claim that he was kidnapped by a police impersonator, perhaps at the behest of the FBI—appear to be delusional and patently frivolous.[1]

---

[1] Under Rule 2 of the Rules Governing Habeas Cases, a petitioner in custody under a state-court judgment must name as a respondent the person who has custody of the petitioner. Rule 2(a). Such person is typically the warden of the institution where petitioner is housed. Failure to name the custodian

1

**IT IS THEREFORE ORDERED** that the application to proceed *in forma pauperis* (ECF No. 1) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall detach and file the petition (ECF No. 1-1).

**IT IS FURTHER ORDERED** that the petition is **DISMISSED** with prejudice as set forth in this order.

**IT IS FURTHER ORDERED** that petitioner's motions for appointment of counsel (ECF No. 2) and motion for evidentiary hearing (ECF No. 3) are both **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED: 21 April 2016.

                                                                                      ROBERT C. JONES
                                                                                      UNITED STATES DISTRICT JUDGE

---

as a respondent deprives the court of personal jurisdiction. *Johnson v. Reilly*, 349 F.3d 1149, 1153 (9th Cir. 2003).